UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-24000-Civ-Lenard

THE FLORIDA DEMOCRATIC PARTY,

    Plaintiff,
vs.

KEN DETZNER, SECRETARY OF STATE,
STATE OF FLORIDA; BRENDA C. SNIPES,
SUPERVISOR OF ELECTIONS, BROWARD
COUNTY, FLORIDA; PENELOPE TOWNSLEY,
SUPERVISOR OF ELECTIONS, MIAMI-DADE
COUNTY, FLORIDA; SUSAN BUCHER,
SUPERVISOR OF ELECTIONS, PALM BEACH
COUNTY, FLORIDA,

    Defendants.
_____/

**DEFENDANT PENELOPLE TOWNSLEY'S CORRECTED**
**NOTICE OF SUGGESTION OF MOOTNESS AS TO MIAMI-DADE COUNTY**

The relief requested by The Florida Democratic Party in their Motion for Temporary Restraining Order, namely "to allow in-person absentee ballot voting at the Supervisor of Elections' office through November 6, 2012," is already available to the voters of Miami-Dade County. Consistent with the past practices of Miami-Dade County and pursuant to Florida Statute §101.62(c)(3), Defendant Penelope Townsley offers in-person absentee ballot voting to the registered electors of Miami-Dade at the Department of Elections located at 2700 N.W. 87th Avenue until 7:00 p.m. on Election Day, November 6, 2012.[1] The current schedule for in-person absentee ballot voting is Monday, November 5, 2012, 8:00 a.m. to 5:00 p.m.; and Tuesday,

---

[1] Under Florida Law, domestic absentee ballots may not be distributed or returned after 7:00 p.m. on Election Day. *See* Fla. Stat. §§101.62(c)(3), 101.67.

November 6, 2012, from 8:00 a.m. to 7:00 p.m.[2]  On Sunday November 4, 2012, Miami-Dade County offered in person absentee ballots from 3:00 p.m. to all voters in line by 5:00 p.m. Although the in person absentee ballots were advertised to be available at 1:00 p.m., they were not available until approximately 3:00 p.m.

As Defendant Penelope Townsley is already offering the relief requested in Plaintiff's Motion for Temporary Restraining Order, such Motion is moot as to Miami-Dade County.

          Respectfully submitted,

          R. A. Cuevas, Jr.
          MIAMI-DADE COUNTY ATTORNEY
By: **s/ Oren Rosenthal**
          Oren Rosenthal
          Assistant County Attorney
          Florida Bar No. 86320
          Miami-Dade County Attorney's Office
          111 N.W. 1st Street, Suite 2810
          Miami, Florida  33128
          Telephone: (305) 375-5151
          Facsimile: (305) 375-5634
          Email: orosent@miamidade.gov

---

[2] On Sunday, prior to the case being docketed, undersigned Counsel transmitted a Notice of Suggestion of Mootness and a Corrected Notice of Suggested of Mootness to Plaintiff's counsel and provided a courtesy copy to Judge Seitz based upon Plaintiff's representation that the Duty Judge would handle this case.  The instant Corrected Notice is being filed in their place describing the in-person absentee voting that occurred on Sunday and the current policy.

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

   **s/ Oren Rosenthal**
Assistant County Attorney

**SERVICE LIST**

Oren Rosenthal, Esq.
Assistant County Attorney
Miami-Dade County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, Florida  33128
Telephone: (305) 375-5744
Facsimile: (305) 375-5611
Counsel for Defendant Penelope Townsley

Kendall Coffey, Esq.
COFFEY BURLINGTON, PL,
2699 S. Bayshore Drive, PH
Miami, FL 33133-5408
Telephone: (305) 858-2900
Counsel for Plaintiff

Bruce S. Rogow
Bruce S. Rogow PA
500 East Broward Boulevard
Suite 1930
Fort Lauderdale, FL 33394
954-767-8909
Fax: 954-764-1530
Email: brogow@rogowlaw.com

David Buckner
Grossman Roth
2525 Ponce de Leon Boulevard
11th Floor
Coral Gables, FL 33134-6036
305-442-8666
Fax: 305-285-1668
Email: dbu@grossmanroth.com

Michael Scott Olin
Michael S. Olin, P.A.
169 East Flagler Street
Suite 1224
Miami, FL 33131
305-677-5088
Fax: 305-677-5089
Email: igarcia@olinlawfirm.com

Seth Eric Miles
Grossman Roth, P.A.
2525 Ponce De Leon Blvd.
Suite 1150
Miami, FL 33134
305-442-8666
Fax: 305-285-1668
Email: sem@grossmanroth.com

Alaina R Fotiu-Wojtowicz
Michael S. Olin, P.A.
Alfred I. DuPont Building
169 East Flagler Street
Suite 1224
Miami, FL 33131
305-677-5088
Fax: 305-677-5089
Email: afw@olinlawfirm.com