UNITED STATES DISTRICT COURT
DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by __ATS__ D.C.

NOV 05 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

THE FLORIDA DEMOCRATIC PARTY,

Plaintiff,

v.

KEN DETZNER, SECRETARY OF
STATE, STATE OF FLORIDA; BRENDA
C. SNIPES, SUPERVISOR OF
ELECTIONS, BROWARD COUNTY,
FLORIDA;  PENELOPE TOWNSLEY,
SUPERVISOR OF ELECTIONS, MIAMI-
DADE COUNTY; SUSAN BUCHER,
SUPERVISOR OF ELECTIONS, PALM
BEACH COUNTY

Defendants.

Case No. 12-CU-24000

**EMERGENCY MOTION FOR
TEMPORARY RESTRAINING
ORDER AND IMMEDIATE
INJUNCTIVE RELIEF**

Pursuant to Fed. R. Civ. P. 65(a) and (b), Plaintiff, the Florida Democratic Party ("FDP"), moves this Court for a Temporary Restraining Order and Preliminary Injunction compelling Defendants, Defendants' officers, agents, servants, employees, attorneys, and all persons acting in concert with them, to take such steps as are necessary to allow Florida electors a meaningful opportunity to exercise their right to cast their votes – in light of extraordinarily long lines at certain early voting sites in Broward, Miami-Dade, and Palm Beach Counties – including, without limitation, by allowing in-person absentee ballot voting at Defendants' offices through November 6, 2012.   These delays, caused by polling facilities that are inadequate to meet the needs of County residents during the early voting period provided under Florida law, Fla. Stat. § 101.657, have deprived some voters of a meaningful opportunity to cast their vote.  In support of this Motion,

Plaintiffs, through the accompanying Complaint, Exhibits, and supporting Memorandum of Law, show the following to the Court:

1.    In the Eleventh Circuit, a temporary restraining order or preliminary injunction is appropriate where the movant demonstrates that: (a) there is a substantial likelihood of success on the merits; (b) the temporary restraining order or preliminary injunction is necessary to prevent irreparable injury; (c) the threatened injury outweighs the harm that the temporary restraining order or preliminary injunction would cause to the non-movant; and (d) the temporary restraining order or preliminary injunction would not be averse to the public interest. *Parker v. State Bd. of Pardons and Paroles*, 275 F.3d 1032, 1034-35 (11th Cir. 2001); *Zardui-Quintana v. Richard*, 768 F.2d 1213, 1216 (11th Cir. 1985).  Those requirements are met here.

2.    As set forth in the accompanying Memorandum of Law, Plaintiff has a substantial likelihood of success on the merits.

3.    Immediate and irreparable injury or loss will result to voters in these Counties if Defendants are not compelled to take such steps as are necessary to allow eligible Florida citizens a meaningful opportunity to exercise their right to cast their votes, including allowing in-person absentee ballot voting at Defendant's office through November 6, 2012.

4.    Without immediate relief, FDP's interest in the fair and orderly administration of the election will be irreparably harmed.

5.    This issue will become moot if not addressed immediately.

6.    The injury of which Plaintiff complains has already begun, is continuing, and can be effectively remedied only by a temporary restraining order and immediate injunctive relief.  If the

- 2 -

Court does not immediately issue the relief requested, Florida Electors' right to vote in the 2012 general election will be irreparably injured.

7.     As required for preliminary injunctive relief under Fed. R. Civ. P. 65(a), notice has been provided to each of the Defendants.

8.     The ongoing injury to the right to vote outweighs any inconvenience that the temporary restraining order and preliminary injunction would cause to the Defendants.

9.     A temporary restraining order and preliminary injunction would further the public interest, as it would ensure that Florida electors can meaningfully exercise their right to vote.

WHEREFORE, Plaintiff requests that this Court enter a TRO and immediate Injunction to compel Defendants, Defendants' officers, agents, servants, employees, attorneys, and all persons acting in concert with them (collectively, "Election Personnel"):

(a)     to allow in-person absentee ballot voting at the Supervisor of Elections' offices through November 6, 2012, or such other and further relief as may be just under the circumstances; and

(b)     to provide public notice of these extended voting opportunities by notifying all local media of the extension and by posting notice of the extension at all open election sites.

Dated:  November 4, 2012.

Respectfully Submitted:

By: _Ken dall Coffey_

/s/ Kendall B. Coffey

- 3 -

Kendall B. Coffey, Esq.
Florida Bar No. 259861
KCoffey@coffeyburlington.com
Coffey Burlington PL
2699 S Bayshore Drive PH
Miami, FL  33133-5408
(305) 858-2900


/s/Michael S. Olin
Michael S. Olin, Esq.
Florida Bar No. 220310
molin@olinlawfirm.com
Alaina Fotiu-Wojtowicz, Esq.
Florida Bar No. 84179
afw@olinlawfirm.com
Michael S. Olin, P.A.
169 E Flagler Street, Suite 1224
Miami, FL  33131-1205
(305) 677-5088


/s/ Bruce S. Rogow
Bruce S. Rogow, Esq.
Florida Bar No. 067999
brogow@rogowlaw.com
Bruce S. Rogow, P.A.
Broward Financial Center
500 East Broward Boulevard, Suite 1930
Fort Lauderdale, FL  33394
Tel: 954-767-8909
Fax: 954-764-1530


/s/ Seth E. Miles
David Buckner, Esq.
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esq.
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard, 11th Fl
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

- 4 -

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Plaintiff's EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND IMMEDIATE INJUNCTIVE RELIEF was served by electronic mail this 4th day of November, 2012 to:

KEN DETZNER
SECRETARY OF STATE
STATE OF FLORIDA
Daniel Nordby Daniel.nordby@dos.myflorida.com
850-294-8018

BRENDA C. SNIPES
SUPERVISOR OF ELECTIONS
BROWARD COUNTY, FLORIDA
Burnadette Norris-Weeks – lawyer@fdn.com
954-768-9770

PENELOPE TOWNSLEY
SUPERVISOR OF ELECTIONS
MIAMI-DADE COUNTY
Oren Rosenthal – orosent@miamidade.gov
305-877-1012 (cell); 305-375-2828 (O)

SUSAN BUCHER
SUPERVISOR OF ELECTIONS
PALM BEACH COUNTY
susanbucher@pbcelections.org
561-707-6848 (cell)
Ken Spillias – kspillias@llw-law.com


_s/Alaina Fotiu-Wojtowicz_
Alaina Fotiu-Wojtowicz

- 6 -