UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| THE FLORIDA DEMOCRATIC PARTY,<br><br>                Plaintiff,<br><br>v.<br><br>KEN DETZNER, SECRETARY OF STATE, STATE OF FLORIDA; BRENDA C. SNIPES, SUPERVISOR OF ELECTIONS, BROWARD COUNTY, FLORIDA; PENELOPE TOWNSLEY, SUPERVISOR OF ELECTIONS, MIAMI-DADE COUNTY; SUSAN BUCHER, SUPERVISOR OF ELECTIONS, PALM BEACH COUNTY,<br><br>                Defendants. | Civ. No. 12-CV-24000-JAL |

**DEFENDANT SUSAN BUCHER'S NOTICE OF
SUGGESTION OF MOOTNESS AS TO PALM BEACH COUNTY**

The Defendant, SUSAN BUCHER ("BUCHER"), in her capacity as Supervisor of Elections of Palm Beach County, Florida, by and through undersigned counsel, hereby submits her Notice of Suggestion of Mootness of the cause as to Palm Beach County and as grounds would state as follows:

1. In the early morning hours of Sunday, November 4, 2012, the Plaintiff, THE FLORIDA DEMOCRATIC PARTY, emailed to Defendant BUCHER and undersigned counsel a Complaint for Temporary Restraining Order and Emergency Injunctive Relief as well as an Emergency Motion for Temporary Restraining Order and Immediate Injunctive Relief.

2. The relief requested in the Complaint and the emergency motion was to allow in person absentee ballot voting at the Supervisor of Elections Office through November 6, 2012 and to provide public notice of these expanded voting opportunities. As is demonstrated by the attached newspaper article in the November 5 edition of the *Palm Beach Post* (Exhibit A), the

relief requested by the Plaintiff in this Complaint and emergency motion has already been provided by Defendant BUCHER in allowing absentee ballot voting from 9:00 a.m. to 5:00 p.m. on Sunday, November 4, 2012 and again on Monday, November 5, 2012.

WHEREFORE, inasmuch as Defendant SUSAN BUCHER, is already providing the relief requested in Plaintiff's Complaint and Motion for Temporary Restraining Order, it is suggested that the Complaint and Motion are moot as to Palm Beach County.

Respectfully submitted,

s/Kenneth G. Spillias
Kenneth G. Spillias
Florida Bar No. 253480
Primary Email: kspillias@llw-law.com
Secondary Email: mlozada@llw-law.com
Lewis, Longman & Walker, P.A.
515 North Flagler Drive, Suite 1500
West Palm Beach, Florida 33401
Telephone: (561) 640-0820
Facsimile:  (561) 640-8202

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 5, 2012, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served this day on all counsel of record identified on the Mailing Information for Case 1:12-cv-24000-JAL. Counsel of record currently identified on the Mailing Information list to receive email notices for this case are served via Notices of Electronic Filing generated by CM/ECF.

Additionally, courtesy copies have been e-mailed to:

Daniel Nordby, Esq.
Daniel.nordby@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
500 S Bronough St
Tallahassee, Florida 323996504

00145841-1                    2

Telephone: (850) 294-8018
*Attorney for Defendant Ken Detzner*

Burnadette Norris-Weeks, Esq.
lawyer@fdn.com
LAW OFFICE OF BURNADETTE NORRIS-WEEKS, P.A.
401 NW 7th Ave
Fort Lauderdale, Florida 333118134
Telephone: (954) 768-9770
*Attorney for Defendant Brenda C. Snipes, Supervisor of Elections, Broward County, Florida*

Raquel A. Rodriguez, Esq.,
rrodriguez@mcdonaldhopkins.com

McDonald Hopkins LLC
200 S Biscayne Blvd Ste 3130
Miami, Florida 331312310
Telephone: (305) 704-3990
Facsimile:  (305) 704-3999
*Counsel for Mitt Romney*

                                                  s/Kenneth G. Spillias
                                                  Kenneth G. Spillias