## ABSENTEE BALLOTS
# Elections office taking absentee ballots today



Susan Bucher's decision essentially extends early voting. 'Voters deserve to vote,' she said.

**By Jane Musgrave, Scott Eyman and Dara Kam**
Palm Beach Post Staff Writers

A day after a record-shattering 18,915 Palm Beach County voters stood in hours-long lines, believing it was their last chance to vote before Election Day, the unexpected happened Sunday: Supervisor of Elections Susan Bucher threw open the doors of her main office and allowed people to cast ballots.

Bucher was one of five supervisors in heavily populated counties around the state to figure out a way around Republican Gov. Rick Scott's refusal to extend early voting an extra day.

The Florida Democratic Party filed a lawsuit in federal court late Saturday, asking a judge to order Bucher and her counterparts in Broward and Miami-Dade counties to open early voting locations. While aware of the lawsuit, she said it wasn't the impetus for her decision.

"I got to the office on Sunday morning and there were people waiting outside to vote. And the last line on Saturday in Lantana stayed open until 2:30 a.m.," Bucher said. "The voters deserve to vote, and since we have the ability to allow them to vote an absentee ballot at the counter, I think that's the right thing to do."

While under no legal threat, supervisors in Hillsborough and Pinellas County were also allowing voters to cast absentee ballots in person. In Orlando, a judge ordered the Orange County supervisor to open one early voting location that was closed by a bomb scare Saturday. The supervisor there also allowed people to cast absentee ballots in person at the main office.

Voting by absentee ballot is different from early voting. Early voting, which began Oct. 27 and ended Saturday, is just like Election Day. Voters fill out ballots and feed them into tabulation machines. They are alerted if they voted for more than one candidate or otherwise fouled their ballot. On Sunday, voters filled out absentee ballots and handed them to clerks who will take them to the tabulation center in Riviera Beach to be counted if all is in order.

Legal observers questioned whether the creative way some supervisors devised to get around Scott's refusal to extend early voting could set the stage for a successful lawsuit if Florida, as polls suggest, provides a razor-thin margin of victory to either Democratic President Barack Obama or Republican challenger Mitt Romney on Tuesday.

"This is a hook for a post-election challenge," said professor Josh Douglas, who specializes in election law at the University of Kentucky School of Law. "All 67 counties aren't offering voters the same opportunities. You can't have a handful of counties doing their own thing without any state authorization."

However, Secretary of State Ken Detzner said supervisors are free to run elections in their counties as they see fit. There is nothing improper, much less illegal, about offering in-person absentee voting at some locations and not others, said Chris Cate, a spokesman for Detzner.

Brian Burgess, a spokesman for the Republican Party of Florida, shared that view. "As long as they're following the law, everyone wins," he said.

Sid Dinerstein, chairman of the Palm Beach County Republican Party, offered a sharply partisan view. He said the Democratic Party's lawsuit and its ability to persuade elections supervisors in a handful of counties to accept absentee ballots Sunday smacks of desperation. "Florida's not coming down to the wire," he said. "We're going to win by two to six points."

He also said he wasn't worried the Democrats were setting the stage for an election challenge. If Democrats persuaded supervisors in five counties to stay open, they can't later argue it was unfair to voters in the 62 other counties, Dinerstein said.

If they want to whip people into a frenzy and force them to spend their days off waiting to vote, "Knock yourselves out guys," he said.

And many people did spend hours in line Sunday and more could do so again today when Bucher and others said they would again allow people to cast absentee ballots in person.

By 3:45 p.m., the line outside the Military Trail office had grown to more than 100 people, shielding themselves from the sun with fans and drinking bottled water provided by candidates.

"I've been standing out here for 1½ hours," Melinda Schooley said. "The reason I'm here today is that I work during the week."



EXHIBIT A

Stu Joseph drove from Jupiter after his fiancee, a Republican, got a call from the local Democratic Party. Once he saw the line, he figured that doing his civic duty would be better than simply driving back to Jupiter. "It could be hotter on Tuesday," said Joseph, a Democrat.

Joe Saber of Lake Worth said his wife got a call from the Democratic Party, and he figured it was a good opportunity to vote. "This way I don't have to stop work during the week," he said.

Although lines were long, voting seemed to go smoothly. In contrast, voters reacted angrily when overwhelmed workers in Miami-Dade County tried to shut down the operation. "Let us vote!" many shouted when doors of the elections office slammed shut about 2 p.m., according to the Miami Herald.

With only one ballot-printing machine, five voting booths and two staffers, spokeswoman Christina White said the office couldn't accommodate the demand. Faced with an angry mob, the office reopened about an hour later.

Martin County Supervisor of Elections Vicki Davis said for years she has offered in-person absentee voting. She doesn't announce it but, she said, if people stop by her office, she lets them come in and vote. About 20 did so Sunday. Broward County allowed voters who made an appointment to pick up absentee ballots on Sunday. It and Leon County will allow people to absentee vote in person today.

Douglas said he can't imagine a federal judge will order supervisors to resume early voting if an emergency hearing is scheduled today on the lawsuit the Democratic Party filed against Bucher and supervisors in Broward and Miami-Dade counties.

But, he said, there are other possible repercussions. After the 2000 presidential election debacle, the U.S. Supreme Court made it clear that voters have to be treated the same. It shut down the recount in Florida and declared George W. Bush the victor after canvassing boards throughout the state began interpreting the infamous chads differently.

"The lack of uniform standards concerns me a ton," Douglas said.



Absentee-ballot voters line up Sunday at the county Supervisor of Elections Office in West Palm Beach, even though early voting ended Saturday. THOMAS CORDY / THE PALM BEACH POST