UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-cv-24000-UNGARO

THE FLORIDA DEMOCRATIC PARTY,

    Plaintiff,

v.

KEN DETZNER, SECRETARY OF STATE, STATE OF FLORIDA; BRENDA C. SNIPES, SUPERVISOR OF ELECTIONS, BROWARD COUNTY, FLORIDA; PENELOPE TOWNSLEY, SUPERVISOR OF ELECTIONS, MIAMIDADE COUNTY; SUSAN BUCHER, SUPERVISOR OF ELECTIONS, PALM BEACH COUNTY;

    Defendants.

_____/

**STIPULATION FOR SETTLEMENT AS TO PENELOPE TOWNSLEY, SUPERVISOR OF ELECTIONS, MIAMI-DADE COUNTY**

The parties hereto only, stipulate that pursuant to an Agreement between the Plaintiff and Defendant Penelope Townsley, Supervisor of Elections, Miami-Dade County, all claims against her in this matter may be dismissed as follows:

1. Consistent with the past practices of Miami-Dade County the Supervisor of Elections will provide in person absentee ballot voting as described in the Corrected Notice of Suggestion of Mootness (D.E. 4).

2. The County's practices are consistent with Florida Statutes Sec. 101.62(4)(c)(3).

3. The County's practices are consistent with the best interests of the voters of Miami-Dade County to allow expanded voting opportunities.

4. The Court shall reserve jurisdiction over this case to ensure compliance

---

MICHAEL S. OLIN, P.A.
Alfred I. DuPont Building, Suite 1224, 169 East Flagler Street, Miami, Florida 33131

CASE NO. 12-cv-24000-UNGARO

herewith.

Respectfully submitted,

Kendall Coffey, Florida Bar No. 259861
kcoffey@coffeyburlington.com
**COFFEY BURLINGTON, P.L.**
2699 South Bayshore Drive, Penthouse
Miami, FL 33133
Tel: 305-858-2900 / Fax: 305-858-5261

Bruce S. Rogow, Florida Bar No. 067999
brogow@rogowlaw.com
**BRUCE S. ROGOW, P.A.**
500 E. Broward Boulevard, Suite 1930
Fort Lauderdale, FL 33394
Tel: 954-767-8909 / Fax: 954-764-1530

David Buckner, Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Florida Bar No. 385530
sem@grossmanroth.com
**GROSSMAN ROTH, P.A.**
2525 Ponce de Leon Boulevard, 11th Floor
Coral Gables, FL 33134
Tel: 305-442-8666 / Fax: 305-779-9596

Stephen F. Rosenthal, Florida Bar No. 0131458
srosenthal@podhurst.com
**PODHURST, ORSECK, P.A.**
25 West Flagler Street, Suite 800
Miami, FL 33130
Tel: 305-358-2800 / Fax: 305-358-2382

2

CASE NO. 12-cv-24000-UNGARO

**MICHAEL S. OLIN, P.A.**
Alfred I. DuPont Building, Suite 1224
169 East Flagler Street
Miami, Florida  33131
Tel:  305-677-5088 / Fax: 305-677-5089


By:     s/Michael  S. Olin
        MICHAEL S. OLIN
        molin@olinlawfirm.com
        Florida Bar No. 220310
        ALAINA FOTIU-WOJTOWICZ
        afw@olinlawfirm.com
        FLA BAR NO. 0084179

        *Attorneys for Plaintiff*


R. A. Cuevas, Jr.
**MIAMI-DADE COUNTY ATTORNEY**
Miami-Dade County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Telephone: (305) 375-5151
Facsimile: (305) 375-5634


By: s/ Oren Rosenthal
    OREN ROSENTHAL
    Assistant County Attorney
    Florida Bar No. 86320
    Email: orosent@miamidade.gov

    *Attorneys for Defendant*
    *PENELOPE TOWNSLEY, SUPERVISOR*
    *OF ELECTIONS, MIAMI-DADE COUNTY*

3

CASE NO. 12-cv-24000-UNGARO

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                s/ Michael S. Olin
                MICHAEL S. OLIN

MICHAEL S. OLIN, P.A.
Alfred I. DuPont Building, Suite 1224, 169 East Flagler Street, Miami, Florida 33131

CASE NO. 12-cv-24000-UNGARO

**SERVICE LIST**

Ken Detzner, Secretary of State, State of Florida
Daniel Nordby, daniel.nordby@dos.myflorida.com

Brenda C. Snipes, Supervisor of Elections, Broward County, Florida
Burnadette Norris-Weeks – lawyer@fdn.com; bnorris@bnwlegal.com

Penelope Townsley, Supervisor of Elections, Miami-Dade County
Oren Rosenthal – orosent@miamidade.gov

Susan Bucher, Supervisor of Elections, Palm Beach County
susanbucher@pbcelections.org
Ken Spillias – kspillias@llw-law.com

Raquel A. Rodriguez, counsel for Mitt Romney
rrodriguez@mcdonaldhopkins.com

_____
MICHAEL S. OLIN, P.A.
Alfred I. DuPont Building, Suite 1224, 169 East Flagler Street, Miami, Florida 33131